# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/23/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 02-00072DAE |
| CASE NAME: | USA v. (01)Truong Khanh Le |
| ATTYS FOR PLA: | Ken Sorenson |
| ATTYS FOR DEFT: | (01)David Klein |
| USPO: | Carter Lee |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 3/23/2006 | TIME: | 1:30pm-2:00pm |

COURT ACTION:  EP: Sentencing to Count 1 of the Indictment as to Defendant (01)Truong Khanh Le.

Defendant (01)Truong Khanh Le present in custody.

The Memorandum Plea Agreement is accepted.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant (01)Truong Khanh Le.

SENTENCE:

Imprisonment:   78 MONTHS

Supervised Release:   5 YEARS

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of supervision.

    2.    Defendant shall not commit any federal, state, or local crimes.

    3.    Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervised release, as directed by the Probation Office.

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall participate in a substance abuse program, which may include drug and alcohol testing, at the discretion and direction of the Probation Office. Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

9. That the defendant submit to removal proceedings, including deportation or exclusion as required by the Department of Homeland Security. The defendant shall not enter the United States without proper authorization.

Special Assessment: $100.00.

JUDICIAL RECOMMENDATIONS: FDC Honolulu. Educational and Vocational training. Drug treatment. Mental health treatment.

Defendant advised of his right to appeal.

Government's Oral Motion to Dismiss all remaining counts - GRANTED.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager