ORIGINAL

PETER B. CARLISLE  2209
Prosecuting Attorney
MAURICE M. ARRISGADO  3369
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:    547-7437
FAX:  527-6552
Attorneys for State of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 6 2006

at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRUONG KHANH LE,<br><br>Defendant. | CR. NO. 02-00072<br><br>APPLICATION REGARDING TEMPORARY TRANSFER OF CUSTODY TO THE STATE OF HAWAII REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM; EXHIBITS "A AND B" |

APPLICATION REGARDING TEMPORARY TRANSFER
OF CUSTODY TO THE STATE OF HAWAII REGARDING
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Maurice M. Arrisgado, Deputy Prosecuting Attorney for the City and County of Honolulu, State of Hawaii, hereby moves the Honorable Court for an Order authorizing the temporary transfer of the physical custody of TRUONG KHANH LE from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials from time to time and as needed until the conclusion of State of Hawaii v. TRUONG KHANH HUU LE, Criminal No. 99-1862.

Defendant TRUONG KHANH LE is now detained in the custody of the United States Marshal Service, District of Hawaii, serving a 78-month federal term of imprisonment.

Defendant TRUONG KHANH LE has a hearing on Motion for Revocation of Probation and Resentencing before the Honorable Virginia Lea Crandall, Judge of the Circuit Court of the First Circuit, State of Hawaii, currently scheduled for May 22, 2006; 10:00 a.m.

The State of Hawaii has received approval for a temporary transfer of custody from the Assistant United States Attorney assigned to the above matter. (See, Exhibit "A").

This Application requests that the Court grant a temporary transfer of the physical custody of TRUONG KHANH LE from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials, based on the State of Hawaii's Writ of Habeas Corpus ad Prosequendum filed on April 26, 2006, in the Circuit Court of the First Circuit, State of Hawaii (see, Exhibit "B").

Upon conclusion of State of Hawaii v. TRUONG KHANH LE, Criminal No. 99-1862, Defendant TRUONG KHANH LE will be returned to the United States Marshal Service, District of Hawaii, on a mutually agreed upon date.

Dated at Honolulu, Hawaii:   April 26, 2006.

STATE OF HAWAII

By PETER B. CARLISLE
Prosecuting Attorney

By _/s/ Maurice M. Arrisgado_____
MAURICE M. ARRISGADO
Deputy Prosecuting Attorney
City and County of Honolulu

United States v. TRUONG KHANH LE
Cr. No. 02-00072
Application Regarding Temporary Transfer
of Custody to the State of Hawaii
Regarding Writ of Habeas Corpus ad
Prosequendum