DEPARTMENT OF THE PROSECUTING ATTORNEY
# CITY AND COUNTY OF HONOLULU

ALII PLACE
1060 RICHARDS STREET • HONOLULU, HAWAII 96813
PHONE: (808) 547-7400



PETER B. CARLISLE
PROSECUTING ATTORNEY

IWALANI D. WHITE
FIRST DEPUTY PROSECUTING ATTORNEY

April 25, 2006

Kenneth Sorenson,
 Assistant United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Ewa Wing, 6th Floor
Honolulu HI 96813

RE:  State of Hawaii v. Truong Khanh Le
     Criminal No. 02-1-1159

Dear Mr. Sorenson:

I understand the above-named individual is currently in the custody of the federal government. The State of Hawaii has a case involving the same individual and would like your approval to take custody of this person commencing on April 28, 2006, until a mutually agreed upon return date.

Please sign below if you agree to this request and FAX a copy of this letter to me, FAX no. 527-6471. Our office will then file a Writ of Habeas Corpus ad Prosequendum and an Order Granting the Temporary Transfer of Custody.

Thank you for your cooperation in this matter. If you have any questions, please call me at 527-6448.

Very truly yours,

June C. Koja
Paralegal

APPROVED:

Kenneth Sorenson
Assistant United States Attorney

EXHIBIT "A"