PETER B. CARLISLE  2209
Prosecuting Attorney
MAURICE M. ARRISGADO  3369
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:    547-7437
FAX:  527-6552
Attorneys for State of Hawaii

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2006 APR 26  AM 8:42

F. OTAKE
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE STATE OF HAWAII FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM RE TRUONG KHANH HUU LE,<br><br>Defendant. | S. P. NO. 06-1-0153<br>(Cr. No. 99-1862)<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; ORDER DIRECTING ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM; WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE VIRGINIA LEA CRANDALL, JUDGE OF THE ABOVE ENTITLED COURT:

Comes now the STATE OF HAWAII, by and through Maurice M. Arrisgado, Deputy Prosecuting Attorney of the City and County of Honolulu, State of Hawaii, and respectfully alleges as follows:

1.    That TRUONG KHANH HUU LE has a case in the Circuit Court of the First Circuit, Honolulu, Hawaii, Criminal No. 99-1862;

EXHIBIT "B"

2.  That hearing on the sentencing in Criminal No. 99-1862 is scheduled for May 22, 2006, before the Honorable VIRGINIA LEA CRANDALL;

3.  That said Defendant is now imprisoned as a federal prisoner under the custody of the UNITED STATES MARSHAL, District of Hawaii, and is being detained at the Federal Detention Center, Honolulu, Hawaii, and

4.  That in order to procure Defendant's presence in the Circuit Court of the First Circuit, it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued, pursuant to Chapter 660, <u>Hawaii Revised Statutes</u>.

WHEREFORE, Applicant prays that the Clerk of this Court be directed to issue a Writ of Habeas Corpus ad Prosequendum commanding the:

UNITED STATES MARSHAL, District of Hawaii, or his/her deputy to make available the body of TRUONG KHANH HUU LE to State of Hawaii Officials on April 28, 2006; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant each time, to:

1.  retain custody of the Defendant and he/she shall be confined with the Department of Public Safety, State of Hawaii, during the pendency of these proceedings;

2.  bring the said Defendant before the Honorable VIRGINIA LEA CRANDALL, Judge of the Circuit Court of the First Circuit, on May 22, 2006; and thereafter

3.   return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, on a mutually agreed upon date.

Dated at Honolulu, Hawaii: April 25, 2006.

STATE OF HAWAII

By PETER B. CARLISLE
Prosecuting Attorney

By /s/ Maurice M. Arrisgado
MAURICE M. ARRISGADO
Deputy Prosecuting Attorney
City and County of Honolulu

ORDER DIRECTING ISSUANCE OF
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Clerk of this Court be and hereby is instructed to issue the Writ of Habeas Corpus ad Prosequendum prayed for in the foregoing Application.

Dated at Honolulu, Hawaii:   APR 2 6 2006

VIRGINIA LEA CRANDALL
Judge of the above entitled court