<u>WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

TO:   UNITED STATES MARSHAL, District of Hawaii, or His/Her Deputy; and

STATE OF HAWAII OFFICIALS

GREETINGS:

We command that you, UNITED STATES MARSHAL, District of Hawaii, or your Deputy, produce the body of TRUONG KHANH HUU LE, who is being detained as a federal prisoner under your custody, to STATE OF HAWAII OFFICIALS on April 28, 2006; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant, to:

1. retain custody of the Defendant and he/she shall be confined with the Department of Public Safety, State of Hawaii, during the pendency of these proceedings;

2. bring the said Defendant before the Honorable VIRGINIA LEA CRANDALL, Judge of the Circuit Court of the First Circuit, on May 22, 2006; and thereafter

3. return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, on a mutually agreed upon date.

Upon completion of the above, it shall be deemed sufficient compliance with this writ.

WITNESS the Honorable VIRGINIA LEA CRANDALL, Judge of the Circuit Court of the First Circuit at Honolulu, Hawaii, and the seal of said Court this _____ day of

APR 2 6 2006
_____.

*C. Okida*
Clerk, Circuit Court, First Circuit
State of Hawaii

VIRGINIA LEA CRANDALL
_____
Judge of the Circuit Court
First Circuit, State of Hawaii